| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lenihan, Lisa P. | 2. Court or Organization<br><br>Western District of PA | 3. Date of Report<br><br>04/24/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (FT) | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

US COURTHOUSE
700 GRANT ST.
PITTSBURGH, PA 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD MEMBER | UPMC HEALTH PLAN |
| 2. | BOARD MEMBER | UPMC ALTOONA |
| 3. | ADJUNCT FACULTY MEMBER | UNIVERSITY OF PITTSBURGH |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/24/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | UNIVERSITY OF PITTSBURGH - TEACHING INCOME | $1,750.00 |
| 2. 12/12/2018 | Caroselli, Beachler and Coleman - Referral Fee | $8,311.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ALLEGHENEY COUNTY BAR ASSN. | JUNE 13-15, 2018 | CHAMPION, PA | BENCH/BAR CONFERENCE | TRAVEL, FOOD, & LODGING |
| 2. | ACADEMY OF TRIAL LAWYERS | OCTOBER 3-5, 2018 | FARMINGTON, PA | CONFERENCE | TRAVEL, FOOD, & LODGING |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/24/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC BANK (CASH) | A | Interest | J | T | | | | | |
| 2. VIRTUAL BANK (CASH) | A | Interest | J | T | | | | | |
| 3. FIRST NATIONAL BANK (CASH) | A | Interest | L | T | Open | 11/16/18 | L | | |
| 4. RIVERSOURCE UNIVERSAL LIFE INSURANCE POLICY | A | Interest | K | T | | | | | |
| 5. IRA #1 (H) | | | | | | | | | |
| 6. COMMONWEALTH FINANCIAL BANK DEPOSIT SWEEP (CASH) | A | Interest | | | Closed | 08/06/18 | N | | |
| 7. DREYFUS GOVT CASH MGMT (CASH) | A | Dividend | J | T | Open | 08/06/18 | N | | |
| 8. BLACKSTONE ALT MULTI STRATEGY CL D (BXMDX) | A | Dividend | K | T | Buy | 08/09/18 | J | | |
| 9. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 10. COLUMBIA ALTERNATIVE BETA INSTL CL (CLAZX) | | None | | | Buy | 08/08/18 | J | | |
| 11. | | | | | Sold | 11/15/18 | J | | |
| 12. MULTI MANAGER VALUE STRATEGIES CL Z (CZMVX) | C | Dividend | L | T | Buy | 08/08/18 | L | | |
| 13. | | | | | Sold (part) | 08/15/18 | J | | |
| 14. | | | | | Sold (part) | 11/15/18 | J | | |
| 15. MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z (CTRZX) | A | Dividend | K | T | Buy | 08/08/18 | K | | |
| 16. | | | | | Sold (part) | 11/15/18 | J | | |
| 17. MULTI MANAGER SMALL CAP EQUITY STRATEGIES CL Z (CZMSX) | C | Dividend | K | T | Buy | 08/08/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 19. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 20. MULTI MANAGER GROWTH STRATEGIES CL Z (CZMGX) | C | Dividend | K | T | Buy | 08/08/18 | L | | |
| 21. | | | | | Sold (part) | 08/15/18 | J | | |
| 22. MULTI MANAGER DIRECTIONAL ALTERNATIVE STRAT Z (CDAZX) | D | Dividend | K | T | Buy | 08/08/18 | K | | |
| 23. MULTI MANAGER ALTERNATIVE STRATEGIES CL Z (CZAMX) | A | Dividend | K | T | Buy | 08/08/18 | K | | |
| 24. | | | | | Sold (part) | 11/15/18 | J | | |
| 25. MULTI MANAGER INTL EQUITY STRATEGIES INSTL CL (CMIEX) | A | Dividend | K | T | Buy | 08/08/18 | K | | |
| 26. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 27. DELAWARE U S GROWTH INSTL CL (DEUIX) | C | Dividend | K | T | Buy | 08/08/18 | K | | |
| 28. | | | | | Sold (part) | 08/15/18 | J | | |
| 29. | | | | | Sold (part) | 11/15/18 | J | | |
| 30. MFS INTL VALUE CL I (MINIX) | A | Dividend | K | T | Buy | 08/08/18 | K | | |
| 31. | | | | | Sold (part) | 08/15/18 | J | | |
| 32. MFS VALUE CL I (MEIIX) | A | Dividend | K | T | Buy | 08/08/18 | K | | |
| 33. PGIM JENNISON MID CAP GROWTH CL Z (PEGZX) | C | Dividend | K | T | Buy | 08/08/18 | K | | |
| 34. WELLS FARGO EMERGING MARKETS EQUITY INSTL CL (EMGNX) | A | Dividend | K | T | Buy | 08/08/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 36. WELLS FARGO SPECIAL MID CAP VALUE INSTL CL (WFMIX) | A | Dividend | K | T | Buy | 08/08/18 | K | | |
| 37. ISHARES CORE MSCI EMERGING MARKETS ETF (IEMG) | A | Dividend | J | T | Buy | 08/08/18 | J | | |
| 38. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 39. PIMCO INCOME FUND CL A (PIMIX) | A | Dividend | | | Sold (part) | 02/13/18 | J | | |
| 40. | | | | | Sold | 08/07/18 | J | | |
| 41. ALPS ETF TR ALERIAN MLP ETF (AMLP) | | None | | | Buy | 01/05/18 | K | | |
| 42. | | | | | Sold | 02/07/18 | K | | |
| 43. ISHARES CORE S&P 500 ETF (IVV) | A | Dividend | | | Buy | 05/03/18 | M | | |
| 44. | | | | | Sold | 06/15/18 | M | D | |
| 45. | | | | | Buy | 06/27/18 | M | | |
| 46. | | | | | Sold | 07/17/18 | M | C | |
| 47. ISHARES RUSSELL 2000 ETF (IWM) | A | Dividend | | | Sold | 02/07/18 | J | A | |
| 48. | | | | | Buy | 02/14/18 | K | | |
| 49. | | | | | Sold | 02/23/18 | K | B | |
| 50. | | | | | Buy | 05/03/18 | K | | |
| 51. | | | | | Buy (add'l) | 07/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 07/16/18 | L | C | |
| 53. ISHARES TRANSPORTATION AVG (IYT) | | None | | | Buy | 02/13/18 | K | | |
| 54. | | | | | Sold | 02/23/18 | K | A | |
| 55. | | | | | Buy | 04/24/18 | K | | |
| 56. | | | | | Sold | 04/25/18 | K | | |
| 57. PROSHARES TR II SHORT VIX SHORT TRM FUT (SVXY) | | None | | | Buy | 02/01/18 | K | | |
| 58. | | | | | Sold (part) | 02/05/18 | K | B | |
| 59. | | | | | Buy (add'l) | 02/06/18 | K | | |
| 60. | | | | | Buy (add'l) | 02/13/18 | K | | |
| 61. | | | | | Sold | 02/26/18 | K | | |
| 62. RYDEX ETF TRUST GUGGENHEIM S&P 500 EQ WT (RSP) | | None | | | Buy (add'l) | 02/06/18 | J | | |
| 63. | | | | | Buy (add'l) | 02/13/18 | K | | |
| 64. | | | | | Sold | 03/01/18 | L | C | |
| 65. SECTOR SPDR TR SHS BEN INT CONSUMER STAPLES (XLP) | | None | | | Sold | 02/13/18 | L | | |
| 66. | | | | | Buy | 06/26/18 | L | | |
| 67. | | | | | Sold | 08/07/18 | L | | |
| 68. SELECT SECTOR SPDR TR SHS BEN INT FINANCIAL (XLF) | A | Dividend | | | Buy | 02/13/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 03/28/18 | L | A | |
| 70. | | | | | Buy | 05/03/18 | L | | |
| 71. | | | | | Sold | 06/26/18 | L | | |
| 72. SECTOR SPDR TR SHS BEN INT TECH (XLK) | A | Dividend | | | Buy | 05/03/18 | L | | |
| 73. | | | | | Sold | 07/17/18 | L | D | |
| 74. SELECT SECTOR SPDR TR ENERGY (XLE) | | None | | | Buy | 05/03/18 | L | | |
| 75. | | | | | Sold | 06/15/18 | L | C | |
| 76. ISHARES CORE US AGGREGATE BOND ETF (AGG) | A | Dividend | | | Sold (part) | 02/13/18 | J | | |
| 77. | | | | | Sold (part) | 02/14/18 | J | | |
| 78. | | | | | Sold | 08/07/18 | J | | |
| 79. SELECT SECT SPDR TR CONS DISC (XLY) | | None | | | Buy | 02/13/18 | K | | |
| 80. | | | | | Sold | 03/14/18 | K | B | |
| 81. SECTOR SPDR TR SHS BEN INT UTILITES (XLU) | A | Dividend | | | Sold (part) | 02/06/18 | K | | |
| 82. | | | | | Sold | 02/07/18 | L | | |
| 83. | | | | | Buy | 03/14/18 | K | | |
| 84. | | | | | Sold | 05/03/18 | K | B | |
| 85. SELECT SECTOR SPDR TR HEALTH CARE (XLV) | | None | | | Sold (part) | 02/13/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 03/02/18 | K | A | |
| 87. | | | | | Buy | 06/26/18 | L | | |
| 88. | | | | | Sold | 07/23/18 | L | B | |
| 89. SELECT SECTOR SPDR TR SHS BEN INT MATERIALS (XLB) | A | Dividend | | | Sold (part) | 02/13/18 | J | | |
| 90. | | | | | Sold | 03/23/18 | K | | |
| 91. ISHARES TR CORE MSCI EAFE (IEFA) | | None | | | Buy | 02/14/18 | L | | |
| 92. | | | | | Sold | 03/01/18 | L | B | |
| 93. ISHARES GNMA BOND ETF (GNMA) | A | Dividend | | | Sold | 02/13/18 | K | A | |
| 94. SPDR SER TR BLOOMBERG BRC INV (FLRN) | A | Dividend | | | Sold (part) | 02/13/18 | K | A | |
| 95. | | | | | Sold | 02/14/18 | J | A | |
| 96. | | | | | Buy | 03/02/18 | J | | |
| 97. | | | | | Sold (part) | 05/03/18 | J | A | |
| 98. | | | | | Sold | 08/07/18 | J | | |
| 99. VANECK VECTORS TR FALLEN ANGEL (ANGL) | A | Dividend | | | Buy | 02/14/18 | J | | |
| 100. | | | | | Sold | 08/07/18 | J | | |
| 101. SPDR SER TR BLMBRG BRC CONVRT (CWB) | A | Dividend | | | Buy | 02/13/18 | K | | |
| 102. | | | | | Sold (part) | 03/02/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 104. | | | | | Sold | 03/21/18 | K | A | |
| 105. | | | | | Buy | 04/16/18 | K | | |
| 106. | | | | | Sold | 08/07/18 | K | | |
| 107. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 108. AMERIPRISE INSURED MONEY MARKET (CASH) (AIMMA) | A | Interest | J | T | | | | | |
| 109. CALAMOS MARKET NEUTRAL INCOME CL I (CMNIX) | A | Dividend | J | T | | | | | |
| 110. FIRST EAGLE FUNDS GLOBAL FUND CL I (SGIIX) | B | Dividend | K | T | | | | | |
| 111. JP MORGAN VAL ADV SEL CL I (JVASX) | B | Dividend | K | T | | | | | |
| 112. MFS INTL VALUE CL I (MINIX) | B | Dividend | K | T | | | | | |
| 113. NUVEEN PA MUN BD CL I (NBPAX) | A | Dividend | K | T | | | | | |
| 114. NUVEEN ALL AMER MUN BD CL I (FAARX) | A | Dividend | K | T | | | | | |
| 115. THORNBURG LTD TERM MUN CL I (LTMIX) (X) | A | Dividend | J | T | | | | | |
| 116. ALTRIA GROUP INC (MO) | A | Dividend | J | T | | | | | |
| 117. EATON VANCE FUNDS: ACTIVE TAX MGD GLBL FUND (ETW) | A | Dividend | J | T | | | | | |
| 118. ISHARES CORE US AGGREGATE BOND ETF (AGG) | A | Dividend | J | T | | | | | |
| 119. ISHARES S&P 500 GROWTH ETF (IVW) | A | Dividend | K | T | Sold (part) | 10/17/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  ISHARES CORE S&P MID CAP ETF (IJH) | A | Dividend | J | T | | | | | |
| 121.  ISHARES CORE S&P SMALL CAP ETF (IJR) | A | Dividend | J | T | | | | | |
| 122.  ISHARES EDGE MSCI MIN VOLATILITY ETF (USMV) | A | Dividend | K | T | | | | | |
| 123.  SPDR SERIES TRUST S&P DIVIDEND ETF (SDY) | A | Dividend | K | T | | | | | |
| 124.  SPDR BARCLAYS CAPITAL SHORT TERM MUNI BOND FUND (SHM) | A | Dividend | J | T | | | | | |
| 125.  VANGUARD DIV APPRECIATION FUND (VIG) | A | Dividend | K | T | Sold (part) | 10/17/18 | J | A | |
| 126.  VANGUARD REIT INDEX ETF (VNQ) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/24/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III A.: Referral fee related to my private law practice prior to taking the bench.

Part VII, line 62: Name change; see 2017, line 27.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lisa P. Lenihan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544